

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00361-CR

| | | |
|---|---|---|
| GEORGE BOYD LAWSON, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1319199D) |
| v. | § | July 18, 2019 |
| | § | Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reduce the amount of reparations Appellant George Boyd Lawson owes by $28.00 so that the judgment orders reparations in the amount of $60.00 and the incorporated order to withdraw funds reflects that $60.00 should be withdrawn from Lawson's inmate trust account. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr